IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF TEXAS

ABILENE DIVISION

| | | |
|---|---|---|
| MICHAEL L. OLSEN, | § § | |
| Petitioner, | § § | |
| v. | § § | CIVIL ACTION NO. 1:15-CV-044-C |
| MYRON L. BATTS, Warden, FCI-Big Spring, | § § § | |
| Respondent. | § § | |

## ORDER

Before the Court is the petition for writ of habeas corpus under 28 U.S.C. § 2241 of Petitioner, Michael L. Olsen, along with the December 29, 2016 report and recommendation of the United States Magistrate Judge. The magistrate judge gave the parties until fourteen days after service to file written objections to the findings, conclusions, and recommendation. As of the date of this order, no written objections have been filed.

The Court has reviewed the pleadings and the record in this case and has reviewed for clear error the report and recommendation. The Court concludes that, for the reasons stated by the magistrate judge, the petition for writ of habeas corpus should be denied.

It is therefore **ORDERED** that the report and recommendation of the magistrate judge is **ADOPTED.**

It is further **ORDERED** that the petition for writ of habeas corpus under 28 U.S.C. § 2241 is **DENIED.**

All relief not expressly granted is denied and any pending motions are hereby denied.

**SO ORDERED.**

Dated this 26th day of January, 2017.

SAM R. CUMMINGS
Senior United States District Judge